COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| FRED STEVEN JONES, | § | No. 08-09-00009-CV |
|  | § |  |
| Appellant, | § | Appeal from |
|  | § |  |
| v. | § | 65th District Court |
|  | § |  |
| MARIA C. JONES, | § | of El Paso County, Texas |
|  | § |  |
| Appellee. | § | (TC # 2007CM3582) |
|  | § |  |

**MEMORANDUM OPINION**

Pending before the Court is Appellant's letter stating he is withdrawing his notice of appeal. We filed the letter as a motion to dismiss the appeal pursuant to TEX.R.APP.P. 42.1(a)(1). Appellee has not objected to dismissal of the appeal and there is no indication that dismissal would prevent her from seeking relief to which she would otherwise be entitled. We therefore grant the motion and dismiss the appeal.

April 2, 2009

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.